UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA BURKE-MANWARING, | CASE NO. 2:23-cv-1551 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALLSTATE INSURANCE SERVICES INC., a foreign profit corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

Under Fed. R. Civ. P. 26(a)(1), parties must "provide to the other parties" initial disclosures. But initial disclosures should not be filed with the Court. *See* LCR 5(d). Accordingly, the Court STRIKES Plaintiff Melissa Burke-Manwaring's Initial Disclosures. Dkt. No. 10.

Dated this 23rd day of October 2023

MINUTE ORDER - 1

Ravi Subramanian

Clerk

*/s/ Serge Bodnarchuk*

Deputy Clerk

MINUTE ORDER - 2