The Honorable Jamal N Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA BURKE-MANWARING, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE SERVICES, INC., a foreign profit corporation,<br><br>Defendant. | Case No. 2:23-cv-1551<br><br>**STIPULATED ORDER TO AMEND COMPLAINT TO DISMISS DEFENDANT ALLSTATE INSURANCE SERVICES, INC. AND NAME ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY**<br><br>**(Clerk's Action Required)** |

## I.     ORDER

IT IS HEREBY ORDERED that Plaintiff Melissa Burke-Manwaring may file an Amended Complaint in this matter, as per the attached Exhibit A, Amended Complaint.

The Amended Complaint will dismiss incorrectly named Defendant Allstate Insurance Services, Inc. and name Defendant Allstate Property and Casualty Insurance Company.

DATED this 16th day of November, 2023.

No. 2:23-cv-01551-JNW
Order - 1

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON 98109
(206) 622-0494/FAX (206) 587-2476

                                        *[signature]*

Jamal N. Whitehead
United States District Judge

| BRETT McCANDLIS BROWN & CONNER, PLLC | WATHEN \| LEID \| HALL \| RIDER, P.C. |
|---|---|
| *s/ Matt Conner*<br>Matt Conner, WSBA #47733<br>*Attorney for Plaintiff*<br>200 West Chestnut Street<br>Bellingham, WA 98225<br>360/714-0900<br>mconner@brettlaw.com | *s/ Rory W. Leid, III*<br>Rory W. Leid, III, WSBA #25075<br><br>*s/ John B. Fay*<br>John B. Fay, WSBA #46623<br>*Attorneys for Allstate*<br>222 Etruria Street<br>Seattle, WA  98109<br>Tel: (206) 622-0494 \| Fax: (206) 587-2476<br>rleid@wlhr.legal \| rleid@wlhr.legal |

No. 2:23-cv-01551-JNW
Order - 2

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON  98109
(206) 622-0494/FAX (206) 587-2476