Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MELISSA BURKE-MANWARING, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign profit corporation,<br><br>Defendant. | No. 2:23-cv-01551-JNW<br><br>AMENDED COMPLAINT FOR CONTRACTUAL UNDERINSURED MOTORIST BENEFITS (PERSONAL INJURY) |

COMES NOW the plaintiff, by and through her attorney, Matt Conner of Brett McCandlis Brown & Conner, PLLC and states as follows:

## I.   PARTIES, VENUE, AND JURISDICTION

1. Upon information and belief, Defendant Allstate Property and Casualty Insurance Company is a foreign insurance company with its principal place of business in the State of Delaware. At all times relevant and material to this matter, Defendant Allstate Property and Casualty Insurance Company (a) transacted business; (b) had an office for the transaction of business; (c) transacted business at the time Plaintiff's cause of action arose; and/or (d) employed person(s) upon whom process may be served in Thurston County, Washington.

2. Plaintiff Melissa Burke-Manwaring is a resident of New York County, New York.

No. 2:23-cv-01551-JNW
AMENDED COMPLAINT FOR CONTRACTUAL
UNDERINSURED MOTORIST BENEFITS
(PERSONAL INJURY)- 1

BRETT MCCANDLIS BROWN & CONNER
Personal Injury & Wrongful Death Lawyers • PLLC
200 W. Chestnut Street • Bellingham, WA 98225
Tel: (360) 714-0900 • Fax: (866) 437-0623

3. The automobile collision that is the subject of this action occurred in Whatcom County, Washington.

4. Jurisdiction and venue are proper in this Court.

6. **II. FACTS**

5. At all times material hereto, Plaintiff Melissa Burke-Manwaring was a named insured under automobile insurance policy number 976-181-957, which provided uninsured and underinsured motorist coverage and was issued to Plaintiff by Defendant Allstate Property and Casualty Insurance Company. Upon information and belief, the attached policy is the complete insurance contract between Defendant Allstate Property and Casualty Insurance Company and Plaintiff, which was in effect on November 3, 2017. (Plaintiff hereafter refers to this insurance contract as "the policy").

6. On November 3, 2017, Plaintiff Melissa Burke-Manwaring was the passenger in a vehicle travelling southbound on Austin Street in Bellingham, Whatcom County, Washington. The driver of the vehicle, Trevor Le, pulled out in front of another vehicle without the right of way which caused a collision on the passenger side of the at-fault party's vehicle.

7. Plaintiff Melissa Burke-Manwaring has resolved her claim with the insurance carrier for Trevor Le, Safeco Insurance, and received policy limits of $50,000.00.

8. Trevor Le is otherwise uninsured.

9. As a direct and proximate result of the negligent acts of the underinsured driver, Plaintiff Melissa Burke-Manwaring sustained severe physical and mental pain and suffering and injuries in an amount that will be established at trial.

10. Plaintiff required medical treatment from the following medical/dental providers for the injuries sustained in the collision: PeaceHealth St. Joseph Medical Center, Family Care Network,

No. 2:23-cv-01551-JNW
AMENDED COMPLAINT FOR CONTRACTUAL
UNDERINSURED MOTORIST BENEFITS
(PERSONAL INJURY)- 2

BRETT McCANDLIS BROWN & CONNER
Personal Injury & Wrongful Death Lawyers • PLLC
200 W. Chestnut Street • Bellingham, WA 98225
Tel: (360) 714-0900 • Fax: (866) 437-0623

Seattle Endodontic Arts, Moreno & Young Dental, Kois Dentistry, Bellingham Oral Surgery & Dental Implants, and Barbara Overson, MS, LMHC.

### III. DAMAGES

11. As a direct and proximate result of the negligent acts of the underinsured driver, Plaintiff Melissa Burke-Manwaring sustained severe physical and mental pain and suffering and injuries in an amount that will be established at trial.

12. As a further direct and proximate result of the negligent acts of the underinsured driver, Plaintiff Melissa Burke-Manwaring has been required to seek medical treatment and care, and may be required to seek future medical treatment and care. The exact amount of the expense for medical treatment and care will be established at the time of trial.

13. As a further direct and proximate result of the negligent acts of the underinsured driver, Plaintiff Melissa Burke-Manwaring sustained a permanent impairment of her ability to enjoy life, the exact extent of which will be established at the time of trial.

//

//

### IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against the Defendant as follows:

1. For general damages, together with special damages for Plaintiff Melissa Burke-Manwaring's reasonable and necessary hospital, doctor and related treatment, the exact amount of which will be established at the time of trial;

2. For loss and impairment of Plaintiff Melissa Burke-Manwaring's ability to enjoy life, the exact extent of which will be established at the time of trial;

3. For Plaintiff's costs and disbursements incurred herein; and

No. 2:23-cv-01551-JNW
AMENDED COMPLAINT FOR CONTRACTUAL
UNDERINSURED MOTORIST BENEFITS
(PERSONAL INJURY)- 3

BRETT MCCANDLIS BROWN & CONNER
Personal Injury & Wrongful Death Lawyers • PLLC
200 W. Chestnut Street • Bellingham, WA 98225
Tel: (360) 714-0900 • Fax: (866) 437-0623

4. For such other and further relief as the Court deems just and proper.

DATED this 30th day of October, 2023.

        BRETT McCANDLIS
        BROWN & CONNER, PLLC


By *s/ Matt Conner*
   Matt Conner, WSBA No. 47733
   Attorney for Plaintiff

No. 2:23-cv-01551-JNW
AMENDED COMPLAINT FOR CONTRACTUAL
UNDERINSURED MOTORIST BENEFITS
(PERSONAL INJURY)- 4

BRETT McCANDLIS BROWN & CONNER
Personal Injury & Wrongful Death Lawyers · PLLC
200 W. Chestnut Street • Bellingham, WA 98225
Tel: (360) 714-0900 • Fax: (866) 437-0623