1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MELISSA BURKE-MANWARING, an
individual,

                    Plaintiff,

        vs.

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY, a
foreign profit corporation,

                    Defendant.

Case No. 2:23-cv-1551

**ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT FEES AND
COSTS**

*(Clerk's Action Required)*

Pursuant to the parties' stipulation and the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims asserted in this action are DISMISSED with prejudice and without an award of costs or attorneys' fees to either party. The Clerk is respectfully directed to CLOSE this case.

DATED THIS 2nd DAY OF APRIL, 2024.

_____
Jamal N. Whitehead
United States District Judge

No. 2:23-cv-01551-JNW
ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT
FEES AND COSTS – 1

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON  98109-6243
(206) 622-0494/FAX (206) 587-2476

*Presented by:*

**WATHEN | LEID | HALL | RIDER, P.C.**

*s/ Rory W. Leid, III*
Rory W. Leid, III, WSBA #25075
John B. Fay, WSBA #46623
*Attorneys for Defendant*
222 Etruria Street
Seattle, WA  98109
Tel:  (206) 622-0494 | Fax:  (206) 587-2476
rleid@wlhr.legal
jfay@wlhr.legal


*Approved by:*

**BRETT McCANDLIS BROWN & CONNER, PLLC**

*s/*
Matt Conner, WSBA #47733
*Attorney for Plaintiff*
200 West Chestnut Street
Bellingham, WA 98225
360/714-0900
mconner@brettlaw.com

No. 2:23-cv-01551-JNW
ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT
FEES AND COSTS – 2

WATHEN | LEID | HALL | RIDER, P.C.
222 ETRURIA STREET
SEATTLE, WASHINGTON  98109-6243
(206) 622-0494/FAX (206) 587-2476